# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00708-CV

**Gerald Ballard Hamar, Appellant**

**v.**

**E-MDS, Inc.; AMT Solutions, Inc. and Chris Homer, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 09-665-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gerald Ballard Hamar filed a Motion to Dismiss Appeal on November 9, 2010, asserting that the current appeal does not challenge a final order and that the appeal was premature. He asserts that the parties are seeking to settle their dispute. Appellees have not objected or otherwise responded to the motion. We grant the motion to dismiss.

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: December 8, 2010